Frank C. Rathje, appellee, v. Edward Reiff and Bertha Reiff, appellants. Gen. No. 37,179.

Opinion filed December 29, 1933.

Greenfield & Reiff, for appellants; Jack A. Cohon, of counsel. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. Edwin F. Kuhlmann et al., defendants. Arnold J. Wieck and Alma Wieck, appellants. Gen. No. 37,250.

Opinion filed January 9, 1934.

William A. Rogan, for appellants; William C. Burns, of counsel. Russell, Murphy & Quigley, for appellee; Edward Contorer, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

Herbert E. Mitler, appellee, v. Fire Insurance Company of Chicago, appellant. Gen. No. 36,800.

Opinion filed January 15, 1934.

Fisher, Boyden, Bell, Boyd & Marshall, for appellant; David A. Watts, of counsel. Markheim & Allie, for appellee; A. R. Miller, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Julius A. Bisno et al., appellants, v. The Northern Trust Company, appellee. Gen. No. 36,934.

Opinion filed January 15, 1934.

Harold J. Finder, for appellants. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.